# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**USR GROUP, INC.**

                V.                **CASE NUMBER: 5:04-CV-1200(NAM)**

**JEANA M. REED**

**[ ]**        **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of JEANA M. REED against USR GROUP, INC., pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue dated July 17, 2007, affirming the Order of the Hon. Robert E. Littlefield, Jr., U.S. Bankruptcy Judge.

DATED:    July 17, 2007

                                                      Clerk of Court

LKB:lmp